UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TSUNGI MADONDO, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 26-CV-14720-PBS |
| PATRICIA HYDE, Field Office Director, | ) | |
| U.S. Immigration and Customs | ) | |
| Enforcement, Boston Field Office, et al., | ) | |
| | ) | |
| Respondents. | ) | |

# **JUDGMENT**

SARIS, J.

In accordance with the Court's Order dated October 23, 2026 (Docket No. 8), allowing Petitioner Tsungi Madondo's petition for writ of habeas corpus under 28 U.S.C. § 2241, it is hereby ORDERED that judgment is entered in favor of Petitioner.

By the Court,

Robert M. Farrell
Clerk of Court

/ s / Clarilde Karasek
Deputy Clerk

DATED: November 16, 2026